ACCEPTED
01-15-00327-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 2:00:45 PM
CHRISTOPHER PRINE
CLERK



Weston M. Davis
214.651.3375
wdavis@macdonalddevin.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 2:00:45 PM
CHRISTOPHER A. PRINE
Clerk

June 10, 2015

**_Via FedEx_**
Christopher A. Pine
Clerk
Court of Appeals First District
301 Fannin Street
Houston, Texas 77002-2066

Re:     *In re Nexion Health at Beechnut d/b/a Beechnut Manor,* Court of Appeals No. 01-15-00327-CV, Trial Court Case No. 404,607-401

Dear Mr. Pine:

Attached to this letter is a disc containing the privileged documents at issue in this mandamus proceeding. Relator Nexion Health at Beechnut wishes to submit these documents under seal for the appellate court's review *in camera*. The case is set for submission on June 16, 2015 before Justices Keyes, Huddle and Lloyd. This letter will be electronically filed and served on the Real Party in Interest and Respondent without the enclosed documents. Please contact me if you have any additional questions.

Sincerely,

Weston M. Davis

WMD:wmd
Enclosure
914925  2014.60

cc:     Anthony Montgomery   *(Via Fax: 713.651.1524)*
        Law Offices of Anthony F. Montgomery, P.C. (without enclosure)

        The Honorable Loyd Wright *(Via Fax: 713.368.7300)*
        Probate Court No. 1, Harris County (without enclosure)